1

O

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.: SACR 09-61-AG

12                        Plaintiff,   )   ORDER OF DETENTION AFTER
                                       )   HEARING
13               vs.                   )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                       )   § 3143(a)]
14  Doolittle, Steven Andrew           )
                                       )
15                        Defendant.   )

16

17          The defendant having been arrested in this District pursuant to a warrant issued

18  by the United States District Court for the _____ CD CA _____,

19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised

20  release]; and

21          The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23          The Court finds that:

24  A.      (X) The defendant has not met his/her burden of establishing by clear and

25          convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §

26          3142(b) or (c).  This finding is based on _backgrd cmty, ties_

27          _unknown due to failure to interview; bail_

28          _resources unknown; commission of new offenses_
            _while under supervision evidences he cannot be_

1    relied upon to comply w/ conds of release;
2    outstanding warrant; substance abuse history

3    and/or

4    B.    (✓) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7    finding is based on ___history of dui; recent arrests___

8    ___for dui___

9    _____

10   _____

11   _____

12

13       IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED: ___6/21/13___

17                                        ROBERT N. BLOCK
                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28